DOROTHY A. WOLIN, Respondent, *v.* WILLIAM WOLIN, Appellant.

Submitted June 7, 1943; decided June 18, 1943.

*Benjamin Barondess* for motion.

*Hyman Grill* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.